# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

March 3, 2025

**To:** Joel W. Turner
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 25-1354
>
> Caption:
> UNITED STATES OF AMERICA,
>            Plaintiff - Appellant
>
> v.
>
> STEVEN ANDEREGG,
>            Defendant - Appellee
>
> District Court No: 3:24-cr-00050-jdp-1
> District Judge James D. Peterson
> Clerk/Agency Rep Joel W. Turner
>
> Date NOA filed in District Court: 03/03/2025

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)