UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff-Appellant, | : | |
| | : | |
| v. | : | No. 25-1354 |
| | : | |
| STEVEN ANDEREGG, | : | |
| | : | |
| Defendant-Appellee. | : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR A 30-DAY EXTENSION
OF TIME WITHIN WHICH TO FILE ITS OPENING BRIEF**

The United States respectfully moves this Court, pursuant to Federal Rule of

Appellate Procedure 26(b) and Seventh Circuit Rule 26, to extend the due date for its

opening brief by 30 days, to May 14, 2025.

As grounds for this motion, the affidavit of Ross B. Goldman is attached.

The government's opening brief is presently due on April 14, 2025.

Respectfully submitted,

/s/ Ross B. Goldman
Ross B. Goldman
Child Exploitation & Obscenity Section
Criminal Division
U.S. Department of Justice
1301 New York Ave. NW
Washington, DC 20530
(202) 532-4153
Ross.Goldman@usdoj.gov
*Counsel for the United States*

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff-Appellant, | : | |
| | : | |
| v. | : | No. 25-1354 |
| | : | |
| STEVEN ANDEREGG, | : | |
| | : | |
| Defendant-Appellee. | : | |

**AFFIDAVIT OF ROSS B. GOLDMAN IN SUPPORT OF
MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

I declare the following to be true and correct under penalty of perjury:

1. On May 15, 2024, a federal grand jury in the Western District of Wisconsin returned a four-count indictment charging defendant Steven Anderegg with production of obscene imagery depicting a minor engaged in sexually explicit conduct, in violation of 18 U.S.C. § 1466A(a)(1), (d)(4); distribution of such material, in violation of 18 U.S.C. § 1466A(a)(1), (d)(1); transferring obscene material to a person under 16, in violation of 18 U.S.C. § 1470; and possession of obscene imagery depicting a minor engaged in sexually explicit conduct, in violation of 18 U.S.C. § 1466A(b)(1), (d)(4). Anderegg filed several pretrial motions, including—as relevant here—a motion to dismiss the possession count. On February 13, 2025, the district court granted that motion and dismissed the possession count, holding that, as applied, Section 1466A(b)(1) violates Anderegg's First Amendment right to the in-home possession of obscene, AI-generated imagery depicting children engaged in sexually explicit conduct.

2. The government filed a timely notice of interlocutory appeal on March 3, 2025. *See* Fed. R. App. P. 4(b)(1)(B); 18 U.S.C. § 3731. With no extension, the government's opening brief is currently due on April 14, 2025.

3. Undersigned counsel has made considerable progress drafting the government's opening brief, but counsel requires additional time to further review the record, research the issues presented on appeal, and draft a brief that fully responds to the district court's order dismissing the possession count. Undersigned counsel also needs additional time to ensure meaningful deliberation and consultation with others in the Department of Justice. In addition, undersigned counsel was out of the office on pre-planned, pre-paid travel from March 21-29.

4. Undersigned counsel also has other ongoing responsibilities, including advising federal prosecutors around the country handling child exploitation prosecutions; engaging in a variety of efforts to prevent the sexual exploitation and abuse of children; and helping to prepare a statutorily required national strategy on the prevention and interdiction of child exploitation.

5. The government does not anticipate needing any additional time, beyond the 30 days requested in this motion, to file the government's opening brief.

6. Anderegg is on pre-trial release. Anderegg's counsel has informed the undersigned that he has no objection to the requested extension.

Because this motion is made in good faith and not for purposes of delay, the

government respectfully requests that the Court extend the deadline to file its opening

brief to May 14, 2025.

Respectfully submitted,

/s/ Ross B. Goldman
Ross B. Goldman
Child Exploitation & Obscenity Section
Criminal Division
U.S. Department of Justice
1301 New York Ave. NW
Washington, DC 20530
(202) 532-4153
Ross.Goldman@usdoj.gov
*Counsel for the United States*

April 3, 2025

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2025, I electronically served a copy of the foregoing document on the following registered participant of the CM/ECF system:

Joseph Bugni
Hurley Burish, S.C.
33 E. Main St., Suite 400
Madison, WI 53701-1528
*Counsel for Steven Anderegg*

/s/ Ross B. Goldman