# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 3, 2025

*By the Court:*

| | |
|---|---|
| No. 25-1354 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellant<br><br>v.<br><br>STEVEN ANDEREGG,<br>Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 3:24-cr-00050-jdp-1<br>Western District of Wisconsin<br>District Judge James D. Peterson | |

Upon consideration of the **GOVERNMENT'S UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME WITHIN WHICH TO FILE ITS OPENING BRIEF**, filed on April 3, 2025, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED** and briefing shall proceed as follows:

1. The brief and required short appendix of the appellant are due by May 14, 2025.

2. The brief of the appellee is due by June 13, 2025.

3. The reply brief of the appellant, if any, is due by July 7, 2025.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. *See* Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**    (form ID: **178**)