No. 25-1354

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,

   *Plaintiff-Appellee*,

vs.

STEVEN ANDEREGG,

   *Defendant-Appellant*.

Appeal from the United States District Court
for the Western District of Wisconsin,
Case No. 24-cr-50
The Honorable Andrew R. Wiseman, presiding

**MOTION AND AFFIDAVIT FOR EXTENSION**

                        Joseph A. Bugni
                        HURLEY BURISH, S.C.
                        33 E. Main Street, Suite 400
                        Madison, WI 53703
                        (608) 247-0945
                        jbugni@hurleyburish.com

                        *Counsel for Steven Anderegg*

## MOTION AND AFFIDAVIT FOR EXTENSION

Steven Anderegg, by counsel, files this unopposed motion and affidavit in support of a thirty-day extension to file the response brief. It would be due on July 14, 2025. In support, I can represent the following:

1. This is an interlocutory appeal taken by the government concerning whether the Supreme Court's decision in *Georgia v. Stanley*, which provides protection for possession of obscene materials inside the home, applies to the possession of AI-generated obscene materials involving children.

2. It is an issue of first impression in this Circuit—though the defense respectfully submits the question is controlled by *Stanley* and the well understood command that lower courts follow Supreme Court precedent.

3. Given the heavy constitutional questions raised here, the defense needs additional time to provide the Court with a worthy brief.

4. Although a hearty portion of the research is done, I have had trial court commitments that are keeping me from being able to invest the time needed to make this a solid (and more importantly) persuasive brief.

5. I would respectfully request that the Court grant the defense an extension until July 14, 2025.

6. Again, I have communicated with AAG Ross Goldman and this motion is unopposed.

Dated this 9th day of June, 2025, in Madison, Wisconsin.

    Respectfully submitted,

    STEVEN ANDEREGG, *Defendant*

    */s/ Joseph A. Bugni*
    Joseph A. Bugni
    *Wisconsin Bar No.* 1062514
    jbugni@hurleyburish.com
    HURLEY BURISH, S.C.
    P.O. Box 1528
    Madison, WI 53701-1528
    (608) 257-0945