No. 25-1354

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,

   *Plaintiff-Appellee*,

vs.

STEVEN ANDEREGG,

   *Defendant-Appellant.*

Appeal from the United States District Court
for the Western District of Wisconsin,
Case No. 24-cr-50
The Honorable James D. Peterson, presiding

**MOTION AND AFFIDAVIT FOR EXTENSION**

> Joseph A. Bugni
> HURLEY BURISH, S.C.
> 33 E. Main Street, Suite 400
> Madison, WI 53703
> (608) 247-0945
> jbugni@hurleyburish.com
>
> *Counsel for Steven Anderegg*

## MOTION AND AFFIDAVIT FOR EXTENSION

Steven Anderegg, by counsel, files this unopposed motion and affidavit in support of a thirty-day extension to file the response brief. It would be due on August 14, 2025. In support, I can represent the following:

1. This is an interlocutory appeal taken by the government concerning whether the Supreme Court's decision in *Georgia v. Stanley*, which provides protection for possession of obscene materials inside the home, applies to the possession of AI-generated obscene materials involving children.

2. It is an issue of first impression in this Circuit—though the defense respectfully submits the question is controlled by *Stanley* and the well understood command that lower courts follow Supreme Court precedent.

4. Although a hearty portion of the research is done, I have had a personal issue that has sucked most of my time over the last month. And the remaining time was committed to a trial case that just resolved on Wednesday. That case and the personal matter have kept me from being able to invest the time needed to make this a solid (and more importantly) persuasive brief.

5. I would respectfully request that the Court grant the defense an extension until August 14, 2025.

6. Again, I have communicated with AAG Ross Goldman and this motion is unopposed.

Dated this 11th day of July, 2025, in Madison, Wisconsin.

>Respectfully submitted,
>
>STEVEN ANDEREGG, *Defendant*
>
>*/s/ Joseph A. Bugni*
>Joseph A. Bugni
>*Wisconsin Bar No.* 1062514
>jbugni@hurleyburish.com
>HURLEY BURISH, S.C.
>P.O. Box 1528
>Madison, WI  53701-1528
>(608) 257-0945

HURLEY BURISH, S.C.