# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 11, 2025

*By the Court:*

| | |
|---|---|
| No. 25-1354 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellant<br>v.<br>STEVEN ANDEREGG,<br>Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 3:24-cr-00050-jdp-1 |
| Western District of Wisconsin |
| District Judge James D. Peterson |

Upon consideration of the **MOTION AND AFFIDAVIT FOR EXTENSION**, filed on July 11, 2025, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1.      The brief of the appellee is due by August 14, 2025.

2.      The reply brief of the appellant, if any, is due by September 4, 2025.

Counsel for the appellee is reminded that motions for extension of time should be filed seven days before the brief is due and should include an affidavit. See Cir. R. 26.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).