No. 25-1354

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellant*,

vs.

STEVEN ANDEREGG,

*Defendant-Appellee*.

Appeal from the United States District Court
for the Western District of Wisconsin,
Case No. 24-cr-50
The Honorable James D. Peterson, presiding

**NOTICE OF UNAVAILABILITY**

Joseph A. Bugni
HURLEY BURISH, S.C.
33 E. Main Street, Suite 400
Madison, WI 53703
(608) 247-0945
jbugni@hurleyburish.com

*Counsel for Steven Anderegg*

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Joseph A. Bugni, attorney of record for Defendant Steven Anderegg, will be unavailable beginning on Monday, October 27, 2025, through and including Friday, October 31, 2025. Attorney Bugni has a trial set during this period before Judge Conley in *United States v. Farninango*, Case No. 3:24-cr-00075-wmc.

Dated this 28th day of August, 2025.

Respectfully submitted,

STEVEN ANDEREGG, *Defendant*

*/s/ Joseph A. Bugni*
Joseph A. Bugni
*Wisconsin Bar No.* 1062514
jbugni@hurleyburish.com
HURLEY BURISH, S.C.
P.O. Box 1528
Madison, WI  53701-1528
(608) 257-0945

2