# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 28, 2025

*By the Court:*

| | |
|---|---|
| | UNITED STATES OF AMERICA, <br> Plaintiff - Appellant |
| No. 25-1354 | v. |
| | STEVEN ANDEREGG, <br> Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 3:24-cr-00050-jdp-1 <br> Western District of Wisconsin <br> District Judge James D. Peterson | |

Upon consideration of the **GOVERNMENT'S UNOPPOSED MOTION FOR A 21-DAY EXTENSION OF TIME WITHIN WHICH TO FILE ITS REPLY BRIEF**, filed on August 28, 2025, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1.  The reply brief of the appellant, if any, is due by September 25, 2025.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**    (form ID: **178**)