HURLEY BURISH, S.C.
ATTORNEYS

33 EAST MAIN STREET, SUITE 400
Mailing Address:
POST OFFICE BOX 1528
MADISON, WI 53701-1528

| | | |
|---|---|---|
| Delaney B. Agnew | Peyton B. Engel | Tel. (608) 257-0945 |
| Jonas B. Bednarek | Andrew W. Erlandson | Fax. (608) 257-5764 |
| Cricket R. Beeson | Stephen P. Hurley | www.hurleyburish.com |
| Marcus J. Berghahn | Jennifer E. Recktenwald | Author's e-mail: |
| Joseph A. Bugni | David E. Saperstein | jbugni@hurleyburish.com |
| Mark D. Burish | Daniel J. Schlichting | |
| Skylar R. Croy | Catherine E. White | |

September 16, 2025

Office of the Clerk
United States Court of Appeals
For the Seventh Circuit
Everett McKinley Dirksen United States
Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

Re:    *United States of America  v. Steven Anderegg*
       United States Court of Appeals for the Seventh Circuit Case no. 25-1354

Dear Clerk of Court for the Seventh Circuit Court of Appeals :

I hope this finds you well. This letter is to notify the Court that Joseph A. Bugni, attorney of record for Defendant Steven Anderegg, will be unavailable beginning on Wednesday, October 15, 2025, through and including Friday, October 17, 2025. Attorney Bugni will also be unavailable beginning on November 11, 2025 through and including November 14, 2025. Counsel respectfully requests that no oral arguments or other required in-person proceedings be scheduled during that time.

Sincerely,

HURLEY BURISH, S.C.

*/s/ Joseph A. Bugni*

Joseph A. Bugni

Hᴜʀʟᴇʏ Bᴜʀɪsʜ, s.c.

Office of the Clerk
September 16, 2025
Page 2


JAB:
F:\-clients\Anderegg Steven\Correspondence\Notice of Unavailablity.docx