HURLEY BURISH, S.C.
ATTORNEYS

33 EAST MAIN STREET, SUITE 400
Mailing Address:
POST OFFICE BOX 1528
MADISON, WI 53701-1528

Delaney B. Agnew
Jonas B. Bednarek
Cricket R. Beeson
Marcus J. Berghahn
Joseph A. Bugni
Mark D. Burish
Skylar R. Croy

Peyton B. Engel
Andrew W. Erlandson
Stephen P. Hurley
Jennifer E. Recktenwald
David E. Saperstein
Daniel J. Schlichting
Catherine E. White

Tel. (608) 257-0945
Fax. (608) 257-5764
www.hurleyburish.com
Author's e-mail:
jbugni@hurleyburish.com

September 18, 2025

Office of the Clerk
United States Court of Appeals
For the Seventh Circuit
Everett McKinley Dirksen United States
Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

Re:    *United States of America  v. Steven Anderegg*
        United States Court of Appeals for the Seventh Circuit Case no. 25-1354

Dear Clerk of Court for the Seventh Circuit Court of Appeals :

I hope this finds you well. This letter is to notify the Court that Joseph A. Bugni, attorney of record for Defendant Steven Anderegg, will be unavailable beginning on Monday, December 15, 2025, through and including Wednesday, December 17, 2025.. Counsel respectfully requests that no oral arguments or other required in-person proceedings be scheduled during that time.

Sincerely,

HURLEY BURISH, S.C.

*/s/ Joseph A. Bugni*

Joseph A. Bugni

JAB:mlb