# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 23, 2025

Before
DORIS L. PRYOR, *Circuit Judge*

| | |
|---|---|
| No. 25-1354 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellant<br><br>v.<br><br>STEVEN ANDEREGG,<br>Defendant - Appellee |

**Originating Case Information:**

District Court No: 3:24-cr-00050-jdp-1
Western District of Wisconsin
District Judge James D. Peterson

Upon consideration of the **GOVERNMENT'S MOTION TO FILE MOTION TO EXPEDITE UNDER SEAL**, filed on September 22, 2025, by counsel for the appellant,

**IT IS ORDERED** that the motion to file the motion to expedite under seal is **GRANTED**. The clerk of this court shall file the motion to expedite under seal.

**IT IS FURTHER ORDERED** that the motion to expedite is **GRANTED**. This case is currently scheduled to be argued during the week of December 8-12, 2025. This court will reschedule argument for an earlier date if one becomes available.

form name: **c7_Order_3J**    (form ID: **177**)