# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 31, 2025

*By the Court:*

| | |
|---|---|
| No. 25-1354 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellant<br><br>v.<br><br>STEVEN ANDEREGG,<br>Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 3:24-cr-00050-jdp-1<br>Western District of Wisconsin<br>District Judge James D. Peterson |

In note 5 of the government's opening brief, the government references approximately 50 images that it provided to the district court to support its argument that the depictions at issue here are obscene.

**IT IS ORDERED** that the parties shall submit, by November 14, 2025, electronic copies of those depictions to this court. The clerk's office will maintain the confidentiality of the electronic files. Counsel may contact the clerk's office with any questions.

form name: **c7_Order_BTC**     (form ID: **178**)