

**U.S. Department of Justice**

Criminal Division

---

*Child Exploitation and Obscenity Section*

*1301 New York Avenue, NW*
*Eleventh Floor*
*Washington, D.C. 20530*

January 9, 2026

Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

> Re:    Rule 28(j) Letter
> *United States v. Steven Anderegg*, No. 25-1354
> Argued on October 30, 2025 (Lee, Pryor, Kolar, JJ.)

Dear Clerk,

On December 16, 2025, a district judge in the Southern District of Ohio denied a defendant's motion, based on *Stanley v. Georgia*, 394 U.S. 557 (1969), to dismiss a possession count under 18 U.S.C. § 1466A(b)(1). *United States v. Prater*, S.D. Ohio No. 25-cr-00056, Dkt. 77. In so holding, the court explicitly disagreed with the district court's decision in *Anderegg*. *Id.* at 17-18. The opinion in *Prater* is consistent with the government's arguments on appeal here and supports the government's position that this Court should reverse the dismissal of the Section 1466A(b)(1) count.[1]

A copy of the opinion is attached. We would be grateful if you could please circulate this letter and the *Prater* opinion to the panel in this case.

---

[1] In discussing the indictment and the opinion in *Anderegg*, the district court in *Prater* cited (Op. 17) 18 U.S.C. § 1466A(d)(1). As reflected in the government's Motion to Amend Opinion in *Prater*, Dkt. 79, we believe the reference to Section 1466A(d)(1) in *Prater* was a typographical error and that the citations should instead have been to Section 1466A(d)(4). That motion remains pending.

Sincerely,

s/ Ross B. Goldman
Criminal Division
Child Exploitation & Obscenity Section
1301 New York Ave. NW, 11th Floor
Washington, DC 20530
(202) 532-4153
Ross.Goldman@usdoj.gov
*Counsel for the United States*

**CERTIFICATE OF COMPLIANCE**

This letter complies with Federal Rule of Appellate Procedure 28(j) because it contains 183 words.

s/ Ross B. Goldman