# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 25, 2026

Before
JOHN Z. LEE, *Circuit Judge*
DORIS L. PRYOR, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 25-1354 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellant<br><br>v.<br><br>STEVEN ANDEREGG,<br>Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 3:24-cr-00050-jdp-1<br>Western District of Wisconsin<br>District Judge James D. Peterson | |

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment** (form ID: **132**)