UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff-Appellant, | : | |
| | : | |
| v. | : | No. 25-1354 |
| | : | W.D. Wisc. No. 3:24-cr-50 |
| | : | |
| STEVEN ANDEREGG, | : | |
| | : | |
| Defendant-Appellee. | : | |

**GOVERNMENT'S UNOPPOSED MOTION TO EXTEND THE TIME WITHIN WHICH TO FILE A PETITION FOR PANEL REHEARING AND/OR REHEARING EN BANC**

The United States respectfully moves this Court, pursuant to Federal Rule of Appellate Procedure 40(d)(1), to extend the time within which to file a petition for panel rehearing and/or rehearing en banc by 30 days, from September 8, 2026, to October 8, 2026. In support of this motion, the government submits and incorporates by reference the attached affidavit of Ross B. Goldman.

Respectfully submitted,

/s/ Ross B. Goldman
Ross B. Goldman
Acting Deputy Chief and
Senior Appellate Counsel
Child Exploitation & Obscenity Section
Criminal Division
U.S. Department of Justice
1301 New York Ave. NW
Washington, DC 20530
(202) 532-4153
Ross.Goldman@usdoj.gov

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff-Appellant, | : | |
| v. | : | No. 25-1354 |
| | : | W.D. Wisc. No. 3:24-cr-50 |
| STEVEN ANDEREGG, | : | |
| Defendant-Appellee. | : | |

**AFFIDAVIT OF ROSS B. GOLDMAN IN SUPPORT OF THE GOVERNMENT'S UNOPPOSED MOTION TO EXTEND THE TIME WITHIN WHICH TO FILE A PETITION FOR PANEL REHEARING AND/OR REHEARING EN BANC**

I declare the following to be true and correct under penalty of perjury:

1. On May 15, 2024, a federal grand jury in the Western District of Wisconsin returned a four-count indictment charging defendant Steven Anderegg with production of obscene imagery depicting a minor engaged in sexually explicit conduct, in violation of 18 U.S.C. § 1466A(a)(1), (d)(4); distribution of such material, in violation of 18 U.S.C. § 1466A(a)(1), (d)(1); transferring obscene material to a person under 16, in violation of 18 U.S.C. § 1470; and possession of obscene imagery depicting a minor engaged in sexually explicit conduct, in violation of 18 U.S.C. § 1466A(b)(1), (d)(4). Anderegg filed several pretrial motions, including a motion to dismiss the possession count. On February 13, 2025, the district court granted that motion, holding that, as applied, Section 1466A(b)(1) violates Anderegg's First Amendment right to the in-home possession of obscene, AI-generated imagery depicting children engaged in sexually explicit conduct.

2. The government took an interlocutory appeal, and on August 25, 2026, this Court affirmed. Although the Court expressed unease with insulating from prosecution those who possess in their homes obscene AI-generated imagery depicting children engaged in sexually explicit conduct, the Court believed the result to be controlled by the Supreme Court's decisions in *Stanley v. Georgia*, 394 U.S. 557 (1969), and *Ashcroft v. Free Speech Coalition*, 535 U.S. 234 (2002). *See* Op. 3 ("Given the relentless advancement in artificial intelligence models, we have some concerns about the lines these cases draw, but we are not free to redraw them ourselves. … Because we conclude that *Stanley* and *Free Speech Coalition* control Anderegg's as-applied challenge to § 1466A(b)(1), we must affirm." (citation omitted)); *see also, e.g.*, *id.* at 23. In a separate concurrence, two members of the panel (Lee and Kolar, JJ.) similarly explained and noted that the Court would benefit from Supreme Court guidance on the issue. *Id.* at 25-27.

3. The Court entered judgment on August 25, 2026. Absent an extension, a petition for panel rehearing and/or rehearing en banc would be due on September 8, 2026.

4. The Solicitor General is responsible for determining whether and to what extent the government will seek en banc review. *See* 28 C.F.R. § 0.20(b). An extension of 30 days is necessary to allow the internal Department of Justice process to play out and to facilitate the Solicitor General's review and decision in this case.

5. The government has conferred with counsel for defendant Steven Anderegg. Counsel does not oppose this motion.

Accordingly, the government respectfully requests a 30-day extension of time,

to and including October 8, 2026, within which to file a petition for panel rehearing and/or rehearing en banc.

Respectfully submitted,

/s/ Ross B. Goldman
Ross B. Goldman
Acting Deputy Chief and Senior
Appellate Counsel
Child Exploitation & Obscenity Section
Criminal Division
U.S. Department of Justice
1301 New York Ave. NW
Washington, DC 20530
(202) 532-4153
Ross.Goldman@usdoj.gov
*Counsel for the United States*

August 26, 2026