# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## REQUEST TO FILE A RESPONSE TO PETITION FOR REHEARING EN BANC

October 9, 2026

| | |
|---|---|
| No. 25-1354 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellant<br><br>v.<br><br>STEVEN ANDEREGG,<br>Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 3:24-cr-00050-jdp-1<br>Western District of Wisconsin<br>District Judge James D. Peterson |

A Petition for Rehearing and Petition for Rehearing En Banc was filed by counsel for appellant on October 8, 2026.

Counsel for appellee is requested to file a response to the petition by October 23, 2026. Counsel shall file fifteen (15) copies of the response, which shall not exceed fifteen (15) pages. *Fed. R. App. P. 40(d)(2)-(3)*. The cover of the response, if used, must be white. *Fed. R. App. P. 32(c)(2)(A)*.