# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 20, 2026

Before
JOHN Z. LEE, *Circuit Judge*

| | |
|---|---|
| No. 25-1354 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellant<br><br>v.<br><br>STEVEN ANDEREGG,<br>Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 3:24-cr-00050-jdp-1<br>Western District of Wisconsin<br>District Judge James D. Peterson |

Upon consideration of the **UNOPPOSED MOTION AND AFFIDAVIT FOR EXTENSION**, filed on October 16, 2026, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. Appellee's response to the appellant's petition for rehearing shall be due on November 23, 2026.